GARRET BUSH III ET AL. *v.* WATER POLLUTION CONTROL AUTHORITY OF THE TOWN OF WATERFORD ET AL.
(12534)

HEIMAN, SCHALLER and HENNESSY, Js.

Argued November 7—decision released November 29, 1994

*Conrad Ost Seifert,* for the appellants (plaintiffs).

*Lois J. Lawrence,* for the appellee (named defendant).

PER CURIAM. The judgment is affirmed.